**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 96-7468**

―――――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MICHAEL JAMES RHOAD,

Defendant - Appellant.

―――――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, District Judge.  (CR-91-490-A, CA-95-1008-AM)

―――――――――――

Submitted:  January 23, 1997          Decided:  February 5, 1997

―――――――――――

Before RUSSELL, WILKINS, and WILLIAMS, Circuit Judges.

―――――――――――

Dismissed by unpublished per curiam opinion.

―――――――――――

Michael James Rhoad, Appellant Pro Se.  Nash Whitney Schott, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Rhoad, Nos. CR-91-490-A; CA-95-1008-AM (E.D. Va. June 20, 1996). Because this appeal presents no complex issues, we deny Appellant's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED